Opinion issued July 22, 2009

 











In The

Court of Appeals

For The

First District of Texas






NO. 01-09-00074-CV






IN RE RDEVCO LLC D/B/A RICHMOND DEVELOPMENT 

COMPANY, Relator






Original Proceeding on Petition for Writ of Mandamus






MEMORANDUM OPINION (1)


By petition for writ of mandamus, relator, RDEVCO LLC d/b/a Richmond
Development Company, seeks relief compelling the trial court to grant its application
to take depositions before suit. 

We deny the petition for writ of mandamus. 


Per Curiam 


Panel consists of Justices Keyes, Hanks, and Bland.
1. The underlying case is In re Rdevco LLC D/B/A Richmond Development Company,
Cause No. 2008-50650, in the 11th Judicial District Court of Harris County, Texas,
the Hon. Mike Miller, presiding.